# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Don Survi Chisolm, aka Don-Survi Chisolm<br>*Plaintiff*<br>v.<br>Rhyshema Davis, Mr. Gore, Deputy Directory Stoley, Nurse DeLeon and Chaplain Cuttino<br>*Defendant* | Civil Action No.   4:18-cv-3422-BHH |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice for lack of prosecution pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Bruce Howe Hendricks, United States District Judge who adopted the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.


Date:   October 16, 2019                                                    *CLERK OF COURT*


                                                                            s/Debbie Stokes
                                                                    *Signature of Clerk or Deputy Clerk*